1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST CARBONICS, INC.,

      Plaintiff,

    v.

NUTECH CARBONICS, INC., *et al.*,

      Defendants.

Case No.  C03-3156L

ORDER DENYING MOTION FOR
DEFAULT JUDGMENT AGAINST
DEFENDANT ELDON PRUITT

      On April 14, 2005, plaintiff Northwest Carbonics, Inc. ("Northwest") filed a motion for default judgment against defendant Eldon Pruitt in the amount of $395,804.12.  (Dkt. #38).

      The Court issued an order on April 25, 2005 (the "Order") explaining that Northwest's motion, and the remainder of the record, contained insufficient information to support a default judgment.  The Order stated that if Northwest intended to pursue its motion, it was required to file, within thirty days, a supplemental memorandum providing additional information to cure the identified deficiencies.  Despite the Court's Order, plaintiff has not filed any additional information to support the motion for a default judgment.

      Accordingly, the Court DENIES plaintiff's motion for default judgment against

ORDER DENYING MOTION
FOR DEFAULT JUDGMENT- 1

1    Mr. Pruitt (Dkt. #38).

2

3         DATED this 8th day of June, 2005.

4

5                                          _MrS Lasnik_

6                                          Robert S. Lasnik
                                           United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER DENYING MOTION
     FOR DEFAULT JUDGMENT- 2