UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST CARBONICS, INC.,

    Plaintiff,

  v.

NUTECH CARBONICS, INC., *et al.*,

    Defendants.

Case No.  C03-3156L

ORDER OF DISMISSAL

On February 27, 2004, this Court issued an order directing plaintiff Northwest Carbonics, Inc. to show cause why the complaint should not be dismissed as to defendants Nutech Carbonics, Inc.; Does 1-25 all unknown successors and assigns to Nutech Carbonics, Inc.; Charles Parks; and Larry George for failure to serve them as required by Fed. R. Civ. P. 4(m). (Dkt. #3).  Plaintiff responded to the order and requested additional time to serve Nutech Carbonics, Inc., Parks, and George.  The Court granted an extension and dismissed the claims against Does 1-25 without prejudice.

Plaintiff's extension of time to serve Nutech Carbonics, Inc.; Charles Parks; and Larry George has long since expired, but plaintiff has not served those defendants or explained the failure to do so.

The Court therefore DISMISSES plaintiff's claims against Nutech Carbonics, Inc.;

ORDER OF DISMISSAL- 1

1 | Charles Parks; and Larry George WITHOUT PREJUDICE.

3 | DATED this 13th day of September, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL- 2