UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST CARBONICS, INC.,

    Plaintiff,

    v.

NUTECH CARBONICS, INC., *et al.*,

    Defendants.

Case No. C03-3156L

ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. The trial date in this case was scheduled for October 3, 2005. Plaintiff has not contacted the Court or filed any documents since that date. At this time, it is unclear whether plaintiff intends or desires to pursue this action against the remaining defendant, Eldon Pruitt.[1]

    Accordingly, plaintiff is ORDERED TO SHOW CAUSE, no later than February 9, 2006, why this case should not be dismissed for failure to prosecute. The Clerk of the Court is

---

[1] The Court previously denied plaintiff's motion for entry of default judgment against Mr. Pruitt in part because plaintiff had not served the motion as required by Local Rule 55(b)(2) or noted it in compliance with Local Rule 7(d)(2).

ORDER TO SHOW CAUSE- 1

1  directed to place this order to show cause on the Court's docket for February 10, 2006.

3  DATED this 17th day of January, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE- 2