UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST CARBONICS, INC.,

Plaintiff,

v.

NUTECH CARBONICS, INC., *et al.*,

Defendants.

Case No. C03-3156L

ORDER RENOTING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On January 17, 2006, the Court issued an order to plaintiff to show cause why this case should not be dismissed for failure to prosecute because the trial date had passed, plaintiff had not contacted the Court or filed any documents since that date, and it was unclear whether plaintiff intended to pursue this action against the remaining defendant, Eldon Pruitt. An order of default has been entered against Mr. Pruitt.

Plaintiff has responded to the order to show cause and stated that it intends to pursue this case against Mr. Pruitt and plans to file a motion for default judgment against him within the next thirty days. Accordingly, the Clerk of the Court is directed to renote the Court's order to

ORDER RENOTING ORDER
TO SHOW CAUSE- 1

1 | show cause (Dkt. #46) for March 14, 2006.

3 |     DATED this 8th day of February, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER RENOTING ORDER
TO SHOW CAUSE- 2